

# ELECTRONIC RECORD

COA # 10-14-00112-CR                OFFENSE: Sexual Assault

STYLE: Tevin Sherard Elliott v. The State of Texas        COUNTY: McLennan

TRIAL COURT:        54th District Court                    Appellant's        MOTION
TRIAL COURT #:      2012-1543-C2           FOR REHEARING IS:    Denied
TRIAL COURT JUDGE:  Hon. Matt Johnson      DATE:    May 28, 2015
DISPOSITION:        Affirmed               JUDGE:   Per Curiam


DATE:        April 23, 2015

JUSTICE:     Chief Justice Gray        PC        S    X
PUBLISH:                        DNP:   X


CLK RECORD:    June 5, 2014            SUPP CLK RECORD:
RPT RECORD:    May 23, 2014            SUPP RPT RECORD:
STATE BR:      February 12, 2015       SUPP BR:
APP BR:        September 22, 2014      REPLY BR:            April 9, 2015


# IN THE COURT OF CRIMINAL APPEALS

## ELECTRONIC RECORD            CCA # ___ 805-15

- - - - - - - - - - - - - - - -

_APPELLANT'S_ Petition           Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:    DATE: _____

_REFUSED_                        JUDGE: _____

DATE: _10/14/2015_               SIGNED: _____    PC: _____

JUDGE: _Per Curiam_              PUBLISH: _____   DNP: _____

- - - - - - - - - - - - - - - -

_____ MOTION FOR REHEARING IN    MOTION FOR STAY OF MANDATE IS:

CCA IS: _____ ON _____    _____ ON _____

JUDGE: _____            JUDGE: _____